No. 03–6191. SALLEE v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 03–6192. SMITH v. WEST VIRGINIA. Cir. Ct. Fayette County, W. Va. Certiorari denied.

No. 03–6193. SALMERON SALVATIERRA v. ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 03–6197. RADIVOJEVIC v. BUILDING GROUP WITH MANAGING AGENTS ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–6205. WHEATON v. BACA, SHERIFF, LOS ANGELES COUNTY, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–6206. GRIFFIN v. RUBY TUESDAY, INC. C. A. 11th Cir. Certiorari denied.

No. 03–6207. HILL v. UNITED STATES SUPREME COURT. C. A. 6th Cir. Certiorari denied.

No. 03–6215. WHITE v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–6224. KEENEY v. MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–6227. CERVANTES-ASCENCIO v. IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–6228. CHALK v. WALSH, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–6230. DONALDSON v. CENTRAL MICHIGAN UNIVERSITY ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–6231. QUEEN v. HALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–6241. MURPHY v. TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.